Decided February 6, 2002

## STATE OF CONNECTICUT *v.* WILFREDO BENITEZ

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 36 (AC 20721), is denied.

NORCOTT, KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*G. Douglas Nash*, public defender, in support of the petition.

*Eileen F. McCarthy*, assistant state's attorney, in opposition.

Decided February 6, 2002